IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CATHERINE CONRAD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-570-bbc

ELIZABETH T. RUSSELL, LAW OFFICE
OF ELIZABETH T. RUSSELL, LLC and
WISCONSIN LAWYERS MUTUAL
INSURANCE COMPANY,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Elizabeth T. Russell, the Law Office of Elizabeth T. Russell, LLC and Wisconsin Lawyers Mutual Insurance Company dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____  _____
Peter Oppeneer, Clerk of Court       9/2/11
                                     Date