IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CATHERINE CONRAD,

      Plaintiff,

                                      JUDGMENT IN A CIVIL CASE

v.

                                      11-cv-570-bbc

ELIZABETH T. RUSSELL, LAW OFFICE
OF ELIZABETH T. RUSSELL, LLC and
WISCONSIN LAWYERS MUTUAL
INSURANCE COMPANY,

      Defendants.

---

      This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has
been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants Elizabeth T. Russell, the Law Office of Elizabeth T. Russell, LLC and

Wisconsin Lawyers Mutual Insurance Company dismissing this case for plaintiff's

failure to state a claim upon which relief may be granted.

*Peter Oppeneer*

Peter Oppeneer, Clerk of Court           9/2/11

                                              Date